**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-0626-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MICHAEL B. JOHNSON,
MICHAEL JOHNSON & CO., LLC,
DAVID C. SKINNER, JR., and
AMERICAN TELEVISION AND FILM COMPANY, f/k/a WINNERS INTERNET NETWORK, INC.,

      Defendants.

---

## MINUTE ORDER

---

      The Unopposed Motion to Vacate Trial Date [#24], filed October 11, 2005, is GRANTED. The trial preparation conference set for December 2, 2005, and the jury trial set to commence December 5, 2005, are VACATED. The SEC shall file a status report every 90 days, beginning **January 20, 2006**. When the proposed settlement with defendant Michael B. Johnson has been accepted or rejected by the commission, counsel for the SEC shall contact the court to arrange to set a new trial date.

Dated: October 21, 2005

---