IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00626-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

v.

MICHAEL B. JOHNSON, et al.

                    Defendants.

---

## ORDER GRANTING MOTION FOR JUDGMENT AS TO DEFENDANTS MICHAEL B. JOHNSON AND MICHAEL JOHNSON & CO.

---

The motion of the Securities and Exchange Commission for Judgment as to defendants Michael B. Johnson and Michael Johnson & Co. is before the Court.  After review of the Motion and the supporting documentation, including the consents of defendants Michael B. Johnson and Michael Johnson & Co., the Motion is hereby GRANTED.

There being no just reason for delay, the judgments will be entered.

Dated March 14, 2006              **s/ Robert E. Blackburn**
                                  Robert E. Blackburn
                                  United States District Court Judge for
                                  The District of Colorado