IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-0626-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MICHAEL B. JOHNSON,
MICHAEL JOHNSON & CO., LLC,
DAVID C. SKINNER, JR. and
AMERICAN TELEVISION AND FILM COMPANY,
    formerly known as WINNERS INTERNET
    NETWORK, INC.,

        Defendants.

---

## ORDER FOR FINAL JUDGMENT AGAINST DAVID SKINNER
---

The motion of the Securities and Exchange Commission for final judgment against defendant David Skinner is before the Court. *See* [#39] filed December 9, 2008. After review of the motion and the supporting documentation,

IT IS ORDERED that the Motion To Enter Final Judgment Against Davis Skinner [#39] filed December 9, 2008, is granted.

IT IS FURTHER ORDERED that the April 2, 2004, Order of Permanent Injunction and Other Relief as to Defendant David C. Skinner, Jr. [#6] remains in effect and is incorporated herein.

IT IS FURTHER ORDERED that defendant Skinner received ill-gotten gains of $170,701 from the conduct alleged in the Commission's complaint in this matter, which ill-gotten gains have accrued pre-judgment interest of $47,538.29 .

IT IS FURTHER ORDERED that pursuant to the Order of the United Bankruptcy Court for the Middle District of Florida in Case No. 3:05-bk-04837, entered November 10, 2008, defendant Skinner's liability for any monetary claim by the Commission in excess of what has been paid into the registry of this Court in this matter is discharged.

IT IS FURTHER ORDERED that the Commission has leave to reopen this matter if defendant Skinner's discharge is revoked for any reason.

IT IS FURTHER ORDERED that any funds paid into the registry of this Court pursuant to the November 5, 2007, Order [#35] in this matter shall be remitted to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and the Commission shall remit these funds to the United States Treasury.

IT IS FINALLY ORDERED that pursuant to Fed.R.Civ.P. 58, judgment shall be entered by the clerk pursuant to these orders.

Dated: December 9, 2008, in Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge